UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
DEREK POLLITT, on behalf of herself and all
Others similarly situated,

        Civil Action No. 1:24-cv-6153

    Plaintiffs,

  -against-

        **NOTICE OF VOLUNTARY DISMISSAL**

RODD & GUNN USA RETAIL, INC.,

    Defendant.
_____x

Plaintiff Derek Pollitt, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: October 1, 2024

By: *Gabriel Levy*
_____

Gabriel A. Levy, Esq .
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com