UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DEREK POLLITT, on behalf of herself and all
Others similarly situated,

          Plaintiffs,

  -against-

RODD & GUNN USA RETAIL, INC.,

          Defendant.

---------------------------------------------------------------x

Civil Action No. 1:24-cv-6153

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Derek Pollitt, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: October 1, 2024

By: *Gabriel Levy*
_____

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

So Ordered
/s/(NG)
October 2, 2024